Circuit Court for Montgomery County
Case No. 28279M0
Argued: March 6, 2014

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 75

September Term, 2012

---

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

RONALD MARC LEVIN

---

Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,
                JJ.

---

PER CURIAM ORDER

---

Filed: March 7, 2014

ATTORNEY GRIEVANCE       *     **In the**
COMMISSION OF MARYLAND

                                      *     **Court of Appeals**

        v.                         *     **of Maryland**

                                        *     **Misc. Docket AG No. 75**

RONALD MARC LEVIN

                                        *     **September Term, 2012**

### PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 7th day March, 2014,

ORDERED, by the Court of Appeals of Maryland, that the respondent, Ronald Marc Levin, be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Ronald Marc Levin from the register of attorneys, and pursuant to Maryland Rule 16-760(e), shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 16-761(b), for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Ronald Marc Levin.

                                    /s/ Mary Ellen Barbera
                                    Chief Judge